UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| District Council No. 9 International Union of Painters and Allied Trades, A.F.L.-C.I.O.,<br><br>                              Plaintiff(s),<br><br>v.<br><br>Clifton Architectural Glass & Metal Co., Inc.,<br><br>                              Defendant(s). | 24-CV-8713 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On November 15, 2024, Petitioner filed a petition to confirm an arbitration award. Proceedings to confirm an arbitration award must be "treated as akin to a motion for summary judgment." *D.H. Blair & Co., Inc. v. Gottdiener*, 462 F.3d 95, 109 (2d Cir. 2006). Accordingly, it is hereby ORDERED that Petitioner shall file and serve any additional materials with which they intend to support their petition to confirm by **December 19, 2024**. Respondent's opposition, if any, is due on **January 16, 2025**. Petitioner's reply, if any, is due **January 23, 2025**.

Petitioner shall serve the petition and all supporting papers, as well as this Order, upon Respondent pursuant to Rule 4 of the Federal Rules of Civil Procedure no later than **December 19, 2024**, and shall file an affidavit of such service with the court no later than **December 20, 2024**.

SO ORDERED.

Dated: November 21, 2024
       New York, New York

_____
DALE E. HO
United States District Judge